

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00107-CV

———————————————

IN RE R.B., Relator

———

Original Proceeding
Trial Court No. 323-107000-18

———

Before Kerr, Pittman, and Birdwell, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: April 4, 2019